DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT EASLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3827

[March 16, 2016]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 08-13949 CF10A.

Robert Easley, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* *See* Art. X, § 9, Fla. Const. ("Repeal or amendment of a criminal statute shall not affect prosecution or punishment for any crime previously committed.").

WARNER, STEVENSON and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***